**PAYNE, Agent, v. SAUNDERS. (No. 2476.)**

(Court of Civil Appeals of Texas. Texarkana. Dec. 22, 1921.)

**Railroads ⚖⟾410—Liable for stock negligently killed.**

A railroad is liable for the value of an animal killed at a crossing through negligent operation of a train.

Appeal from Harrison County Court; W. H. Strength, Judge.

Action by N. W. Saunders against John Barton Payne, Agent. Judgment for plaintiff, and defendant appeals. Affirmed.

Hall, Brown & Hall, of Marshall, for appellant.
John W. Scott, of Marshall, for appellee.

HODGES, J. This suit originated in a justice court of Harrison county, and the appeal is from a judgment against the government agent of the United States Railway Administration for the value of an animal killed at a crossing. The jury found that the killing was the proximate result of the negligent operation of a train, and the evidence is sufficient to justify that finding. The judgment will therefore be affirmed.